

FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

Antoine Thomas

COMPLAINT

(Enter above the full name of the plaintiff in this action)

V.

Civil Action No. 13-6419 (DMC)

① Northern State Prison

(To be supplied by the Clerk of the Court)

② SCO Perez - ③ LT Coughlin

④ UmDNJ ⑤ SCO McAdams ⑥ SCO Parks ⑦ UmDNJ Nurse Veronica

⑧ N.S.P Administrator Lagana

(Enter the full name of the defendant of defendants in this action)

## INSTRUCTIONS; READ CAREFULLY

1.  This complaint must be legibly handwritten or typewritten, signed by the plaintiff and subscribed to under penalty of perjury as being true and correct. All questions must be answered concisely in the proper space on the form. Where more space is needed to answer any question, attach a separate sheet.

2.  In accordance with Rule 8 of the Federal Rules of Civil Procedure, the complaint should contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, (2) a short plain statement of the claim showing that you are entitled to relief, and (3) a demand for judgment for the relief which you seek.

3.  You must provide the full name of each defendant or defendants and where they can be found.

4.  You must send the original and one copy of the complaint to the Clerk of the District Court. You must also send one additional copy of the complaint for each defendant to the Clerk. Do not send the complaint directly to the defendants.

5.  Upon receipt of a fee of $400.00 (a filing fee of $350.00, and an administrative fee of $50.00), your complaint will be filed. You will be responsible for service of a separate summons and copy of the complaint on each defendant. See Rule 4, Federal Rule of Civil Procedure.

6.    If you cannot prepay the $400.00 fee, you may request permission to proceed in forma pauperis in accordance with the procedures set forth in the application to proceed in forma pauperis. See 28 U.S.C. §1915. (If there is more than one plaintiff, each plaintiff must separately request permission to proceed in forma pauperis.)

7.    If you are given permission to proceed in forma pauperis, the $50.00 Administrative Fee will not be assessed. The Clerk will prepare and issue a copy of the summons for each defendant. The copies of summonses and the copies of the complaint which you have submitted will be forwarded by the Clerk to the United States Marshal, who is responsible for service. The Marshal has USM-285 forms you must complete so that the Marshal can locate and serve each defendant. If the forms are sent to you, you must complete them in full and return the forms to the Marshal.

## QUESTIONS TO BE ANSWERED

1a.   Jurisdiction is asserted pursuant to (CHECK ONE)

_✓_ 42 U.S.C. §1983 (applies to state prisoners)

___ Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

If you want to assert jurisdiction under different or additional statutes, list these below:

_____

1b.   Indicate whether you are a prisoner or other confined person as follows:

___ Pretrial detainee

___ Civilly-committed detainee

___ Immigration detainee

_✓_ Convicted and sentenced state prisoner

___ Convicted and sentenced federal prisoner

___ Other: (please explain)_____

2.  Previously Dismissed Federal Civil Actions or Appeals

If you are proceeding in forma pauperis, list each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility, that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted. Please note that a prisoner who has on three or more prior occasions, while detained in any facility, brought an action or appeal in a federal court that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted, will be denied in forma pauperis status unless that prisoner is under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).

a.  Parties to previous lawsuit:

Plaintiff(s): _____

Defendant(s):_____

b.  Court and docket number:_____

c.  Grounds for dismissal:  ( )  frivolous  ( ) malicious

( )  failure to state a claim upon which relief may be granted

d.  Approximate date of filing lawsuit:_____

e.  Approximate date of disposition:_____

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on separate sheets.

3.  Place of Present Confinement? South Woods State Prison

4.  Parties

(In item (a) below, place your name in the first blank and place your present address in the second blank. Do the same for additional Plaintiffs, if any.)

a.  Name of plaintiff: Antoine Thomas

SWSP
215 S. Burlington Rd

Address: Bridgeton NJ 08302

Inmate#: 548191 - 987366B

b.   First defendant:   correction
     Name: Senior Officer Perez (N.S.P)

     Official position: SCO 2nd shift Infirmary

     Place of employment: Northern State Prison

     How is this person involved in the case?

     (i.e., what are you alleging that this person did or did not do that
     violated your constitutional rights?)

     He wouldn't help me while I was bleeding
     and leaking stool after complications
     to hemroid surgery while in N.S.P Infirmary
     yard. Asked for help he laughed and made Jokes

c.   Second defendant:
     Name: Senior Corrections Officer Parks (NSP)

     Official position: SCO 2nd shift Relief

     Place of employment: Northern State Prison

     How is this person involved in the case?

     (i.e., what are you alleging that this person did or did not do that
     violated your constitutional rights?)

     He wouldn't help me while I was bleeding
     and leaking stool after complications to
     hemroid surgery while housed in N.S.P In Infirmary.
     Asked for help and he laughed and made Jokes.

d.   If there are more than two defendants, attach a separate
     sheet. For each defendant specify: (1) name, (2) official
     position, (3) place of employment, and (4) involvement of
     the defendant.

— 3rd Defendant: Officer McAdams —
Official Position: Senior Corrections Officer
Place of employment: Northern State Prison
How is this person involved in this case?: This
officer wouldn't help me while I was bleeding
and leaking stool.

— 4th Defendant: LT. Coughlin
Official Position: Lieutenant Northern State Prison.
Place of employment: N.S.P
How is this person involved in this case?: Asked
him for help while I was bleeding, he said he
was busy.

— 5th Defendant: UMDNJ Nurse Veronica
Official Position: Nurse
Place of employment: N.S.P
How is this person involved in this case: Could
have override officers decision but chose not
to.

6th, Defendent: NSP Administrator Lagana.
Official Position: NSP Administrator
Place of Employment: N.S.P Northern State Prison.
How is this person involved in this case?: Not
properly training his officers in medical
emergency situations.

7th Defendent: Northern State Prison
Official Position: Prison Im housed in.
Place of Employment: Newark NJ - P° Box 230D
168 Frontage Rd, NWK NJ 07114. - Did not
train staff properly — — —

8th Defendent: UmDNJ
Official Position: Hospital
Place of Employment - Newark NJ
How is this place of employment involved in
this case: - Did not train medical staff
properly.

5.    I previously have sought informal or formal relief from the appropriate
      administrative officials regarding the acts complained of in the
      Statement of Claims on page 6.

      __✓__ Yes      _____ No

      If your answer is "Yes," briefly describe the steps taken, including how
      relief was sought, from whom you sought relief, and the results.

      I have written numerous request / remedy
      forms concerning this matter / sent Tort
      claim to Trenton & spoke to prison
      ombusman.

      If your answer is "No," briefly explain why administrative remedies
      were not exhausted.

      N/A

6.    Statement of Claims

      (State here as briefly as possible the facts of your case. Describe how
      each defendant violated your rights, giving dates and places. If you do
      not specify how each defendant violated your rights and the date(s)
      and place of the violations, your complaint may be dismissed. Include
      also the names of other persons who are involved, including dates and
      places. Do not give any legal arguments or cite any cases or statutes.
      If you intend to allege a number of related claims, number and set
      forth each claim in a separate paragraph. Use as much space as you
      need. Attach a separate sheet if necessary.)

      On 1-17-13 I was in N.SP infirmary
      yard at or around 2:15pm. I then
      started to bleed heavy and leak stuff from
      my anus due to complications from hemroid
      surgery a couple weeks before. I then
      asked for help from the following. (1) 2nd
      shift infirmary officers Perez, (2) 2nd

Shift Infirmary SCO McAdams, (3) 2nd Shift Infirmary relief Officer SCO Parks (4) N.C.F And Umdnj Nurse Veronica (5) LT Caughlin which is my 2nd Shift Supervisor And did not receive Any help until 330 which was over An hour later.

Officer SCO Perez And SCO Parks made Anal Jokes while This was going on saying it was "Pussy Blood". Witnesses to this incident is "Every inmate" That was housed in infirmary on 1-17-13

7. Relief

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

I want to receive $100,000 because my wound got infected which in time led to me having to have surgery over.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

8.    Do you request a jury or non-jury trial? (Check only one)

( ) Jury Trial ( ) Non-Jury Trial

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 21 day of Oct , 20 13

Signature of plaintiff*

(*EACH PLAINTIFF NAMED IN THE COMPLAINT MUST SIGN THE COMPLAINT
HERE. ADD ADDITIONAL LINES IF THERE IS MORE THAN ONE PLAINTIFF.
REMEMBER, EACH PLAINTIFF MUST SIGN THE COMPLAINT).